FILED

12/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0555

## IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0555

JAYSON O'NEILL,

  Appellee/Plaintiff,

vs.

GREG GIANFORTE, in his official capacity as GOVERNOR OF MONTANA,
  Appellant/Defendant.

_____

### Grant of Extension
_____

For good cause appearing, Appellant Governor Greg Gianforte's Unopposed second motion to extend the deadline for Appellant's opening brief is GRANTED. Mont. R. App. P. 26(2). Appellant's opening brief shall be due on January 12, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 4 2023